IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM COOPER,

Defendant.                                                    No. 04-CR-30084-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Cooper's May 6, 2005 motion to continue trial setting (Doc. 24). The Government does not oppose the motion. The Court being fully advised in the premises finds that Cooper needs additional time to conduct plea negotiations. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the Court **GRANTS** Cooper's motion to continue trial setting (Doc. 24). The Court **CONTINUES** the **jury trial** scheduled for May 16, 2005 to **Monday, July 11, 2005 at 9:00 a.m.** The time from the date the original motion was filed, May 6, 2005, until the date to which the trial is rescheduled, July 11, 2005 is excludable

time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 9th day of May, 2005.

<u>/s/   David RHerndon</u>
**United States District Judge**