IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 04-CR-30084-DRH |
| | ) | |
| WILLIAM COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**HERNDON, Chief Judge**

Before the Court is the Plaintiff's, the United States of America's Motion to Dismiss the present Indictment against William Cooper.

The Court being fully advised in the premises, **GRANTS** the Motion and **ORDERS** that the above-styled case against William Cooper be **DISMISSED.**

**SO ORDERED:**

/s/   *David R Herndon*

**Chief Judge
United States District Court**

Dated this 11th day of August, 2008.